# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ACCESS FOR THE DISABLED and
PATRICIA KENNEDY,

    Plaintiffs,

v.                                    Case No: 8:12-cv-2185-T-30TGW

VERTICAL ASSETS OF ELERTON,
LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #3). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of October, 2012.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2185 dismiss 3.docx